1    ELIZABETH J. LOW (SBN 308098)
     *ELow@goodwinlaw.com*
2    **GOODWIN PROCTER** LLP
     601 Marshall Street
3    Redwood City, CA 94063
     Tel.: +1 650 752 3100
4    Fax: +1 650 853 1038

5

     Attorney for Defendant
6    Select Portfolio Servicing, Inc.

7    *Additional counsel listed below*

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10
                    SACRAMENTO DIVISION
11

12
     VERONICA PEREZ, individually and on        Case No. 2:22-cv-01942-TLN-DB
13   behalf of all others similarly situated,
                                                **STIPULATION FOR EXTENSION OF**
14                  Plaintiff,                  **TIME AND ORDER**

15          v.

16   SELECT PORTFOLIO SERVICING, INC.,

17                  Defendant.

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF TIME AND ORDER
CASE NO. 2:22-CV-01942-TLN-DB

1   Pursuant to Civil Local Rule 144(a), Plaintiff Veronica Perez ("Plaintiff") and Defendant

2   Select Portfolio Servicing, Inc. ("Defendant") (together, the "Parties"), by and through their

3   respective attorneys, stipulate as follows:

4   WHEREAS, Plaintiff filed her Complaint on October 27, 2022 (*see* Dkt. No. 1);

5   WHEREAS, Plaintiff served the Complaint on Defendant on October 28, 2022 (*see* Dkt.

6   No. 5);

7   WHEREAS, the current deadline for Defendant's response to the Complaint is November

8   18, 2022;

9   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to

10   the Court's approval:

11   1.   The deadline for Defendant to answer, move, or otherwise respond to the

12   Complaint shall be extended through and including January 27, 2023;

13   2.   In the event that Defendant files a motion in response to the Complaint,

14   Plaintiff shall file any opposition to the motion by not later than March 3,

15   2023; and

16   3.   Defendant shall file any reply to the opposition by not later than March 24,

17   2023.

18   This is the Parties' first request for an extension of time.

19   **IT IS SO STIPULATED.**

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1

1    Dated:   November 16, 2022          Respectfully submitted,

2

3                                        By: /s/ *Elizabeth J. Low*
                                             ELIZABETH J. LOW

4                                        GOODWIN PROCTER LLP
                                         *Attorney for Defendant Select Portfolio Servicing, Inc.*

5

6    Dated:   November 16, 2022          Respectfully submitted,

7

8                                        By: /s/ *Joel D. Smith* (as authorized on 11/15/2022)
                                             L. TIMOTHY FISHER (SBN 191626)

9                                            JOEL D. SMITH (SBN 244902)
                                             **BURSOR & FISHER, P.A.**

10                                           1990 North California Boulevard, Suite 940
                                             Walnut Creek, CA 94596

11                                           Tel.: (925) 300-4455
                                             Fax: (925) 407-2700

12                                           ltfisher@bursor.com
                                             jsmith@bursor.com

13
                                         *Attorneys for Plaintiff Veronica Perez*

14

15

16

17                                **ORDER**

18        **IT IS SO ORDERED.**

19
     Dated: November 16, 2022

20                                       _____
                                         Troy L. Nunley

21                                       United States District Judge

22

23

24

25

26

27

28

2

STIPULATION FOR EXTENSION OF TIME AND ORDER
CASE NO. 2:22-CV-01942-TLN-DB