ELIZABETH J. LOW (SBN 308098)
601 Marshall Street
Redwood City, CA 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038
ELow@goodwinlaw.com

ALYSSA A. SUSSMAN (*pro hac vice*)
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7284
Fax.: (617) 801-8854
ASussman@goodwinlaw.com

**GOODWIN PROCTER LLP**
Attorneys for Defendant
Select Portfolio Servicing, Inc.

*Additional counsel listed below*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VERONICA PEREZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SELECT PORTFOLIO SERVICING, INC., <br><br> Defendant. | Case No. 2:22-cv-01942-TLN-DB <br><br> **THIRD STIPULATION FOR EXTENSION OF TIME AND ORDER** |

Pursuant to Civil Local Rule 144(a), Plaintiff Veronica Perez ("Plaintiff") and Defendant Select Portfolio Servicing, Inc. ("Defendant") (together, the "Parties"), by and through their respective attorneys, stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on October 27, 2022 (*see* Dkt. No. 1);

WHEREAS, Plaintiff served the Complaint on Defendant on October 28, 2022 (*see* Dkt. No. 5);

WHEREAS, the Parties submitted two previous requests for an extension of time for Defendant to answer, move, or otherwise respond to the Complaint, which the Court granted on November 16, 2022 and January 9, 2023 (*see* Dkt. Nos. 7, 8, 13, 14);

WHEREAS, the current deadline for Defendant's response to the Complaint is February 17, 2023 (*see* Dkt. No. 14);

WHEREAS, there is good cause for a further extension of time for Defendant to answer, move, or otherwise respond to the Complaint as the Parties continue to engage in discussions regarding case issues, allegations, and defenses, which discussions have taken longer than expected due to unanticipated issues, and the additional extension will allow time for the Parties to pursue those discussions further and avoid time and expense that may prove to be unnecessary based on those discussions.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

1. The deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be extended through and including March 31, 2023;
2. In the event that Defendant files a motion in response to the Complaint, Plaintiff shall file any opposition to the motion by not later than May 5, 2023; and
3. Defendant shall file any reply to the opposition by not later than May 31, 2023.

**IT IS SO STIPULATED.**

//

//

Dated: January 30, 2023          Respectfully submitted,

By: /s/ *Alyssa A. Sussman*
    ELIZABETH J. LOW (SBN 308098)
    601 Marshall Street
    Redwood City, CA 94063
    Tel.: +1 650 752 3100
    Fax: +1 650 853 1038
    ELow@goodwinlaw.com

    ALYSSA A. SUSSMAN (*pro hac vice*)
    620 Eighth Avenue
    New York, NY 10018
    Tel.: (212) 459-7284
    Fax.: (617) 801-8854
    ASussman@goodwinlaw.com

**GOODWIN PROCTER LLP**
*Attorneys for Defendant Select Portfolio Servicing, Inc.*

Dated: January 30, 2023          Respectfully submitted,

By: /s/ *Joel D. Smith* (with permission 1.27.23)
    L. TIMOTHY FISHER (SBN 191626)
    JOEL D. SMITH (SBN 244902)
    **BURSOR & FISHER, P.A.**
    1990 North California Boulevard, Suite 940
    Walnut Creek, CA 94596
    Tel.: (925) 300-4455
    Fax: (925) 407-2700
    ltfisher@bursor.com
    jsmith@bursor.com

*Attorneys for Plaintiff Veronica Perez*

## ORDER

**IT IS SO ORDERED.**

DATED: January 30, 2023

_____
Troy L. Nunley
United States District Judge

2